**Order entered November 23, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00329-CR

**EARNEST DEWAYNE CLAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1
Rockwall County, Texas
Trial Court Cause No. CR17-2027**

## ORDER

We **REINSTATE** this appeal. We abated for the trial court to make findings of fact and conclusions of law. The supplemental clerk's record containing those findings and conclusions was filed on November 19, 2021.

While the appeal was abated, the State filed a motion to extend time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due by December 31, 2021.

/s/     LANA MYERS
JUSTICE